**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00319-CR**
_____

**KAIL EDWARD GIBSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 258th District Court**
**Polk County, Texas**
**Trial Cause No. 18,385**

**MEMORANDUM OPINION**

Kail Edward Gibson filed a notice of appeal after the Court of Criminal Appeals dismissed his subsequent application for a writ of habeas corpus. *See generally* Tex. Code Crim. Proc. Ann. art. 11.07, § 4. We questioned our jurisdiction. Gibson did not file a reply. The order he challenges is not appealable to this Court. *See id.* We dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on November 30, 2021
Opinion Delivered December 1, 2021
Do Not Publish

Before Golemon, C.J., Horton and Johnson, JJ.